A09A0393. HARRELL v. HOUSTON COUNTY.
(699 SE2d 787)

PHIPPS, Presiding Judge.

In *Houston County v. Harrell*,[1] the Supreme Court of Georgia reversed our decision in *Harrell v. Houston County*,[2] determining that the appeal was not properly before us. We hereby vacate our earlier opinion, adopt the opinion of the Supreme Court, and in accordance therewith, dismiss this appeal.

*Appeal dismissed. Miller, C. J., and Smith, P. J., concur.*

DECIDED JULY 29, 2010.

*Moraitakis, Kushel, Pearson & Gardner, Albert M. Pearson III, Colom & Brant, Charles T. Brant*, for appellant.

*Buckley Brown, Timothy J. Buckley III, Tracy K. Haff*, for appellee.

---

[1] 287 Ga. 162 (695 SE2d 29) (2010).
[2] 299 Ga. App. 347 (682 SE2d 591) (2009).